# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rommie Anderson, et al | E-filing | **SUMMONS IN A CIVIL CASE** |
| | | CASE NUMBER: |
| V. | | |
| PFIZER, INC., et al. | | CV 08 1351 CRB |

TO: (Name and address of defendant)

Pfizer, Inc.  
G.D. Searle LLC  
Pharmacia Corporation  
c/o CT Services Corporation  
818 West 7th Street  
Los Angeles, CA 90017  

Monsanto Company  
c/o CSC – Lawyers Incorporating Service  
P. O. Box 526036  
Sacramento, CA 95852-6036  

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Navan Ward, Jr. (WAR062)  
BEASLEY, ALLEN, CROW, METHVIN,  
PORTIS & MILES, P.C.  
Post Office Box 4160  
Montgomery, Alabama 36103-4160  
(334) 269-2343 telephone

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking  
CLERK

DATE **MAR 1 0 2008**

(BY) DEPUTY CLERK

MARY ANN BUCKLEY