| | |
|---|---|
| 2. Article Number | **COMPLETE THIS SECTION ON DELIVERY** |
| [barcode] 7160 3901 9849 1050 8164 | A. Received by (Please Print Clearly) / B. Date of Delivery — APR 01 <br> C. Signature [signature] ☐ Agent ☑ Addressee <br> D. Is delivery address different from item 1? ☐ Yes ☐ No <br> If YES, enter delivery address below: |
| 3. Service Type  **CERTIFIED MAIL** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to: <br><br> Monsanto Company <br> c/o CSC - Lawyers Incorporating Service <br> Post Office Box 526036 <br> Sacramenton, CA  95852-6036 <br><br> Rommie / Davis, Robert E. | |

PS Form 3811, January 2005     Domestic Return Receipt